UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PHI, INC. | CIVIL ACTION NO. 6:13-cv-00015 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| APICAL INDUSTRIES, INC., ET AL. | BY CONSENT OF THE PARTIES |

**JUDGMENT**

The trial of this matter was conducted before a jury on November 13, 14, and 15, 2017. Prior to the submission of the case to the jury, it was agreed that the amount of any award in favor of PHI, Inc. would be decreased by the value of the helicopter's engine, to be determined by this Court post-trial. Prior to the submission of the case to the jury, it was also agreed that the amount of any award in favor of PHI, Inc. and against Apical Industries, Inc. would be increased by the amount of the plaintiff's reasonable attorneys' fees in accordance with Louisiana Civil Code Article 2545, with the quantification of the plaintiff's attorneys' fees, if any, to be determined by this Court post-trial. In accordance with the jury verdict rendered on November 15, 2017, the referenced pretrial agreements, and the findings of fact and conclusions of law rendered this date,

IT IS ORDERED that judgment is hereby entered in favor of defendant Offshore Helicopter Support Services, Inc. and against the plaintiff, PHI, Inc.

IT IS FURTHER ORDERED that judgment is hereby entered in favor of the plaintiff, PHI, Inc., and against defendant Apical Industries, Inc. in the sum of $1,959,733.50 (calculated on the basis of the $2,108,000.00 dollars awarded by the jury minus the value of the engine determined by this Court to be $450,230.00 plus attorneys' fees determined by this Court to be $301,963.50), plus interest. Interest shall run on the sum of $1,657,770.00 ($2,108,000.00 minus $450,230.00) from the date of judicial demand until paid at the rate authorized by Louisiana law, and interest shall run on the sum of $301,963.50 (the attorneys' fees award) from the date of judgment until paid[1] at the rate authorized by 28 U.S.C. § 1961(a).

IT IS FURTHER ORDERED that defendant, Apical Industries, Inc., is taxed with the costs of this proceeding pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

JUDGMENT RENDERED and SIGNED on the 25th day of April 2018 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] *Alexander v. Burroughs Corp.*, 359 So.2d 607, 613-14 (La. 1978).