UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PHI, INC. | CIVIL ACTION NO. 6:13-cv-00015 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| APICAL INDUSTRIES, INC., ET AL. | BY CONSENT OF THE PARTIES |

## JUDGMENT ON REMAND

The trial of this matter was conducted before a jury on November 13, 14, and 15, 2017. Prior to the submission of the case to the jury, it was agreed that the amount of any award in favor of PHI, Inc. would be decreased by the value of the helicopter's engine, to be determined by this Court post-trial. Prior to the submission of the case to the jury, it was also agreed that the amount of any award in favor of PHI, Inc. and against Apical Industries, Inc. would be increased in the amount of the plaintiff's reasonable attorneys' fees in accordance with Louisiana Civil Code Article 2545, with the quantification of the plaintiff's attorneys' fees, if any, to be determined by this Court post-trial. In accordance with the jury verdict rendered on November 15, 2017, the referenced pretrial agreements, and the findings of fact and conclusions of law rendered on August 27, 2018, judgment was entered on August 27, 2018. (Rec. Doc. 324). The judgment was appealed, and the United States Court of Appeals for the Fifth Circuit vacated this Court's judgment and remanded this matter for trial on the issue of solidary liability. (Rec. Doc. 345). Following remand,

this Court resolved the previously unexplored issue of which state's law applies to the apportionment of liability and the allocation of loss, precluding the applicability of solidary liability and obviating the need for a jury trial on that issue. (Rec. Doc. 377). This Court asked the parties to brief whether PHI was entitled to recover additional attorneys' fees (Rec. Doc. 378), and the parties complied. In a memorandum ruling issued this date, this Court decided that PHI is not entitled to any additional attorneys' fees. Accordingly,

IT IS ORDERED that judgment is entered in favor of defendant Offshore Helicopter Support Services, Inc. and against the plaintiff, PHI, Inc.

IT IS FURTHER ORDERED that judgment is entered in favor of the plaintiff, PHI, Inc., and against defendant Apical Industries, Inc. in the sum of $2,031,733.50 (calculated on the basis of the $2,180,000.00 dollars awarded by the jury minus the value of the engine determined by this Court to be $450,230.00 plus attorneys' fees determined by this Court to be $301,963.50), plus interest. Prejudgment interest shall run on the sum of $1,729,770.00 ($2,180,000.00 minus $450,230.00) from the date of judicial demand until the date of judgment at the rate authorized by Louisiana law, and postjudgment interest shall run on this sum at the rate authorized by 28 U.S.C. § 1961(a) until paid. Interest shall run on the sum of $301,963.50 (the

attorneys' fees award) from the date of judgment until paid[1] at the rate authorized by 28 U.S.C. § 1961(a).

IT IS FURTHER ORDERED that judgment is entered taxing defendant Apical Industries, Inc. with the costs of this proceeding pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that judgment is entered holding that defendant Apical Industries, Inc. is not solidarily liable with former defendant Rolls-Royce Corporation.

JUDGMENT RENDERED and SIGNED on the 5th day of February 2021 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] *Alexander v. Burroughs Corp.*, 359 So.2d 607, 613-14 (La. 1978).